UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR
CORPORATION,

                Plaintiff,                Case No. 13-cv-11037

v.                Honorable Thomas L. Ludington

DEUTSCHE SOLAR GmbH,
f/k/a DEUTSCHE SOLAR AG,

                Defendant.

_____/

**ORDER DIRECTING RESPONSE**

On May 18, 2015, Defendant Deutsche Solar GmbH filed a motion for reconsideration, ECF No. 67, of this Court's May 7, 2015 Opinion and Order, ECF No. 66. Deutsche Solar believes the May 7, 2015 Opinion and Order contains palpable defects that would result in a different disposition of the case.

Under the local rules, parties are not permitted to respond to motions for reconsideration unless so ordered by the Court. E.D. Mich. LR 7.1(h). Hemlock will be ordered to respond to Deutsche Solar's motion for reconsideration. Deutsche Solar will also be permitted to reply. The time limits governing the filing of the response and reply will begin on the date this order is entered and will run in accordance with the local rules for non-dispositive motions. The response and reply briefs must comply with the local rules in all other material respects.

Accordingly, it is **ORDERED** that Plaintiff Hemlock Semiconductor is **DIRECTED** to file a response to Deutsche Solar's Motion for Reconsideration, ECF No. 67, in writing and on

the Court's docket, on or before June 9, 2015. Deutsche Solar is permitted to file a reply to Hemlock's response in accordance with the parameters set out herein.

Dated: May 26, 2015                                         s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 26, 2015.

                    s/Karri Sandusky
                    Karri Sandusky, Acting Case Manager

---