# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR CORPORATION,

        Plaintiff,

v.

DEUTSCHE SOLAR GmbH,

        Defendant.
_____
_____

Case No. 13-cv-11037

Honorable Thomas L. Ludington
Mag. Judge Patricia T. Morris

## NOTICE OF FILING OF MOTION

Please take Notice that the undersigned, as co-counsel for Defendant/Counter-Plaintiff Kyocera Corporation in the matter pending before this Court known as *Hemlock Semiconductor Corporation vs. Kyocera Corporation*, Case No. 15-cv-11236, has filed a Motion to Consolidate this action with Case No. 15-cv-11236, Dkt. 35.

    Respectfully submitted,

    BROOKS WILKIN SHARKEY & TURCO PLLC

    By: /s/ Keefe A. Brooks
    Keefe A. Brooks (P31680)
    401 S. Old Woodward, Suite 400
    Birmingham, Michigan 48009
    (248) 971-1800
    brooks@bwst-law.com

    Co-Counsel for Defendant/Counterclaimant Kyocera Corporation

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                      By:   /s/ Keefe A. Brooks
                      Keefe A. Brooks (P31680)
                      401 S. Old Woodward, Suite 400
                      Birmingham, Michigan 48009
                      (248) 971-1800
                      brooks@bwst-law.com