UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE SOLAR, GmbH,<br><br>    Defendant. | Civil No. 1:13-cv-11037<br><br>HON. THOMAS L. LUDINGTON<br>MAG. PATRICIA T. MORRIS<br><br>**DEFENDANT'S<br>NOTICE OF JOINDER IN<br>KYOCERA CORPORATION'S<br>MOTION FOR CONSOLIDATION** |

    Defendant Deutsche Solar, GmbH, hereby joins in Kyocera Corporation's Motion for Consolidation of Related Cases and Bifurcation of Trial on Certain Affirmative Defenses, filed in *Hemlock Semiconductor Corp. v. Kyocera Corp.*, No. 1:15-cv-11236, and adopts by reference Kyocera's motion and briefing papers.

                                      Respectfully submitted,

                                      BUTZEL LONG, P.C.

Dated: September 1, 2015           By: _/s/ Joseph E. Richotte_
                                          DANIEL P. MALONE (P29470)
                                          JOSEPH E. RICHOTTE (P70902)
                                    Stoneridge West
                                    41000 Woodward Avenue
                                    Bloomfield Hills, Michigan 48304
                                    (248) 258-1616
                                    malone@butzel.com
                                    richotte@butzel.com
                                    *Attorneys for Deutsche Solar, GmbH*

        COHEN & GRISBY, P.C.

        Larry K. Elliott
        David F. Russey
        Anthony Cillo
        625 Liberty Avenue
        Pittsburgh, Pennsylvania 15222-3152
        (412) 297-4900
        lelliott@cohenlaw.com
        drussey@cohenlaw.com
        acillo@cohenlaw.com
        *Attorneys for Deutsche Solar, GmbH*

## **CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system on September 1, 2015. The ECF system will send notification of such filing to all counsel of record. I also certify that I have mailed the foregoing paper to the following non-ECF participants by First Class Mail on counsel for Kycora Corporation:

Keefe A. Brooks
BROOKS, WILKINS, SHARKEY & TURCO, PLLC
401 South Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
brooks@bwst-law.com

William V. O'Connor
MORRISON & FOERSTER, LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
woconnor@mofo.com

                                        /s/ Joseph E. Richotte
                                        JOSEPH E. RICHOTTE (P70902)