**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>DEUTSCHE SOLAR GmbH<br><br>        Defendant. | Case No. 13-CV-11037 (TLL) (PTM)<br><br>Honorable Thomas L. Ludington<br>Mag. Judge Patricia T. Morris |

## NOTICE OF FILING MOTION

Please take Notice that the undersigned, as counsel for Defendant/Counter-Plaintiff Kyocera Corporation in the matter pending before this Court known as *Hemlock Semiconductor Corporation vs. Kyocera Corporation*, Case No. 15-cv-11236, has filed a Reply Memorandum In Support of Its Motion for Consolidation of Related Cases and Bifurcation of Trial on Certain Affirmative Defenses (Dkt. No. 44), in support of consolidation of this action with Case No. 15-cv-11236.

1

Dated:  October 5, 2015    By:  /s/ William V. O'Connor
Robert A. Hahn (P28193)
Jungerheld, Hahn & Washburn, P.C.
P.O. Box 6128
Saginaw, MI  48608-6128
Tel:  (989) 790-0000
r.hahn@ameritech.net

Brent W. Warner
Keefe A. Brooks
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
Tel:  (248) 971-1800
warner@bwst-law.com
brooks@bwst-law.com

David C. Doyle
M. Andrew Woodmansee
William V. O'Connor
Christian G. Andreu-von Euw
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
Tel:  (858) 720-5100
ddoyle@mofo.com
mawoodmansee@mofo.com
woconnor@mofo.com
christian@mofo.com

Attorneys for Defendant and Counterclaimant
Kyocera Corporation

sd-669928

## CERTIFICATE OF SERVICE

I certify that on October 5, 2015 I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By:   /s William V. O'Connor
      WILLIAM V. O'CONNOR
      WOConnor@mofo.com

sd-669928