UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE SOLAR GmbH, f/k/a DEUTSCHE SOLAR AG,<br><br>　　　　Defendant. | Civil No. 13-11037<br><br>HON. THOMAS L. LUDINGTON<br>MAG. PATRICIA T. MORRIS |

**DEFENDANT DEUTSCHE SOLAR GmbH'S**
**<u>MOTION FOR ORAL ARGUMENT</u>**

Under Fed. R. Civ. P. 7(b), Defendant Deutsche Solar GmbH ("Deutsche Solar") respectfully requests that the Court reinstate oral argument. As the Court is aware, this is an important case with implications for many pending cases involving similar factual circumstances. It also presents significant legal and factual issues, some of which are relatively unaddressed in Michigan jurisprudence. Further, at the time Hemlock filed its reply in further support of its summary judgment motion, the Court had scheduled oral argument on that motion (Dkt. No. 97), so Deutsche Solar did not request leave to file a sur-reply to Hemlock's reply brief. Deutsche Solar respectfully requests oral argument to address all issues presently pending, including those raised for the first time in Hemlock's reply brief. Deutsche Solar

believes that oral argument will provide the Court with the additional information necessary to resolve Hemlock's Motion for Summary Judgment.

Under E.D. Mich. L. Civ. R. 7.1(a), Deutsche Solar reports that Hemlock has declined to concur in the relief requested in this Motion.

                Respectfully submitted,

                BUTZEL LONG, P.C.

Dated: June 20, 2016                 */s/ Joseph E. Richotte*
                DANIEL P. MALONE (P29470)
                JOSEPH E. RICHOTTE (P70902)
                Stoneridge West
                41000 Woodward Avenue
                Bloomfield Hills, Michigan 48304
                (248) 258-1616
                malone@butzel.com
                richotte@butzel.com
                *Attorneys for Deutsche Solar GmbH*

                COHEN & GRISBY, P.C.

                Larry K. Elliott
                David F. Russey
                625 Liberty Avenue
                Pittsburgh, Pennsylvania 15222-3152
                (412) 297-4900
                lelliott@cohenlaw.com
BH2216681.1             drussey@cohenlaw.com

## PROOF OF SERVICE

STATE OF MICHIGAN ) §
OAKLAND COUNTY ) 

    On June 20, 2016, I electronically filed *Deutsche Solar GmbH's Motion for Oral Argument* with the Clerk of the Court using the ECF system, which will serve the following attorneys with a Notice of Docket Activity and access to this filing. There are no non-ECF participants in this action.

CRAIG W. HORN, ESQ.
Braun Kendrick Finkbeiner, PLC
crahor@braunkendrick.com

ALVIN LEE
Orrick, Herrington & Sutcliffe
alee@orrick.com

                Respectfully submitted,

                BUTZEL LONG, P.C.

Dated: June 20, 2016

                /s/ Joseph E. Richotte
                DANIEL P. MALONE (P29470)
                JOSEPH E. RICHOTTE (P70902)
                Stoneridge West
                41000 Woodward Avenue
                Bloomfield Hills, Michigan 48304
                (248) 258-1616
                malone@butzel.com
                richotte@butzel.com
                *Attorneys for Deutsche Solar GmbH*