UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>DEUTSCHE SOLAR GmbH,<br>f/k/a DEUTSCHE SOLAR AG,<br><br>　　*Defendant*. | Case No. 1:13-cv-11037-TLL-PTM<br><br>HON. THOMAS L. LUDINGTON |

**PLAINTIFF HEMLOCK SEMICONDUCTOR CORPORATION'S RESPONSE TO DEFENDANT DEUTSCHE SOLAR GmbH'S <u>MOTION FOR ORAL ARGUMENT</u>**

　　Plaintiff Hemlock Semiconductor Corporation's ("Hemlock") motion for summary judgment has been extensively and fully briefed, with a total of 87 pages of briefing, along with submission of all pertinent exhibits and legal authorities. Hemlock is content to abide by the Court's cancellation of the July 23 hearing and looks forward to a ruling from the Court in due course.

Dated: June 21, 2016 By: s/ Alvin Lee

ORRICK, HERRINGTON & SUTCLIFFE LLP
J. Peter Coll, Jr.
John Ansbro
Daniel W. Robertson
Alvin Lee
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
pcoll@orrick.com
jansbro@orrick.com
drobertson@orrick.com
alee@orrick.com

BRAUN KENDRICK FINKBEINER PLC

Craig W. Horn
4301 Fashion Square Blvd.
Saginaw, Michigan 48603
Telephone: (989) 498-2100
Facsimile: (989) 799-4666
crahor@braunkendrick.com

*Attorneys for Plaintiff Hemlock Semiconductor Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2016, I electronically filed the foregoing Plaintiff Hemlock Semiconductor Corporation's Response To Defendant Deutsche Solar GmbH's Motion For Oral Argument with the Clerk of the Court using the ECF System, which will send notification of such filing to all attorneys of record.

    By: /s/ Alvin Lee