UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR
CORPORATION,

        Plaintiff,        Case No. 13-cv-11037

v.        Honorable Thomas L. Ludington

DEUTSCHE SOLAR GmbH,
f/k/a DEUTSCHE SOLAR AG,

        Defendant.

_____/

**ORDER DENYING MOTION TO REINSTATE ORAL ARGUMENT AND DIRECTING FILING OF SURREPLY**

On March 16, 2016, Plaintiff Hemlock Semiconductor Corporation filed a motion for summary judgment. Pl.'s Mot. Summ. J., ECF No. 91. A hearing on the motion was scheduled for June 9, 2016 at 3:00 p.m. The parties timely briefed the motion. The hearing was then rescheduled for June 23, 2016 at 2:00 p.m.

Upon complete review of the parties' papers and the record furnished by the parties, oral argument was cancelled on June 17, 2016. The submissions of the parties provide a sufficient legal and factual foundation for resolving Hemlock's motion for summary judgment without the assistance of oral argument.

On June 20, 2016, Defendant Deutsche Solar GmbH moved to reinstate oral argument. It "requests oral argument to address all issues presently pending, including those raised for the first time in Hemlock's reply brief." Def.'s Mot. Oral Arg., ECF No. 116. It further represents that if oral argument had not been scheduled, it would have sought leave to file a surreply brief.

Oral argument will not be rescheduled. The parties have commendably presented thorough argumentation of their respective positions. Truncated argument in open court will not further elucidate any issues in dispute, nor is it permitted by the Court's schedule. Defendant will, however, be permitted to submit a surreply brief of no more than ten (10) pages in which it may address any issues that it feels warrant expansion following Plaintiff's reply brief. Defendant's surreply must be submitted on or before June 27, 2016.

Accordingly, it is **ORDERED** that Defendant's motion to reinstate oral argument, ECF No. 116, is **DENIED**.

It is further **ORDERED** that Defendant is **DIRECTED** to file any surreply brief in support of its response to Plaintiff's motion for summary judgment, not in excess of ten (10) pages, **on or before June 27, 2016**.

Dated: June 22, 2016      s/Thomas L. Ludington
                          THOMAS L. LUDINGTON
                          United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 22, 2016.

      s/Michael A. Sian
      MICHAEL A. SIAN, Case Manager