## ORRICK, HERRINGTON & SUTCLIFFE:  MONTHLY INVOICE SUMMARIES

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1330891** | **2011.10.12** | 14,397.50 | 0.00 | 14,397.50 |

| SUMMARY OF ACTIVITIES: | Review contracts; review correspondence from Deutsche Solar threatening legal action, draft response; research legal allegations made by Deutsche Solar; draft, revise, and review legal memoranda; correspondence with opposing side and client.  (20.70 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1337340** | **2011.11.15** | 2,470.50 | 84.00 | 2,554.50 |

| SUMMARY OF ACTIVITIES: | Conference with client; research, review and revise responses to correspondence from Deutsche Solar regarding contract disputes.  (3.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1358782** | **2012.04.09** | 11,385.90 | 1.98 | 11,387.88 |

| SUMMARY OF ACTIVITES: | Review correspondence and background of legal dispute, allegations regarding SolarWorld threat to bankrupt Deutsche Solar; conduct corporate and legal research regarding allegations and client options, confer with client; confer with German counsel re German insolvency law; review correspondence from Deutsche Solar regarding contract obligations, draft and revise responses.  (16.60 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1363178** | **2012.05.09** | 1,215.00 | 5.52 | 1,220.52 |

| SUMMARY OF ACTIVITES: | Conferences with team and client re Deutsche Solar issues.  (2.00 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1381539** | **2012.09.10** | 16,661.25 | 0.00 | 16,661.25 |

| SUMMARY OF ACTIVITES: | Conference with client re research in preparation for meeting with SolarWorld/Deutsche Solar; research corporate structure, financial standing, restructuring issues, and German corporate register, draft and revise reports for team and client; confer with team and client re requests for adequate assurance of performance to Deutsche Solar. (34.70 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1386304** | **2012.10.09** | 10,277.10 | 4.11 | 10,281.21 |

| SUMMARY OF ACTIVITIES: | Conference with client and team re status of Deutsche Solar business relationship and demand for adequate assurances, review and analyze contracts and correspondence, identify potential causes of action for complaint; draft and revise demands for adequate assurances; review Deutsche Solar correspondence re purported "amendments" to supply agreements and other correspondence/documentation, conference re response.  (15.80 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1391187** | **2012.11.13** | 4,662.90 | 0.00 | 4,662.90 |

| SUMMARY OF ACTIVITIES: | Draft and revise demands for adequate assurances, conference with client and team re same; review correspondence; draft response to Deutsche Solar re inadequate response to request for adequate assurance of performance.  (6.20 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1395231** | **2012.12.07** | 24,654.60 | 2.34 | 24,656.94 |

| SUMMARY OF ACTIVITIES: | Review correspondence, draft and revise correspondence to Deutsche Solar regarding contract dispute and contractual rights and obligations; confer with anti-trust and trade counsel re SolarWorld issues; review antidumping and trade case materials; draft and revise demands to Deutsche Solar, correspondence re negotiation of contract disputes; review file, facts, and correspondence, draft and revise complaint; confer with local counsel re filing and service of complaint against Deutsche Solar; correspondence with client, draft and revise correspondence to Deutsche Solar.  (35.80 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1418816** | **2013.05.13** | 1,345.50 | 0.00 | 1,345.50 |

| SUMMARY OF ACTIVITIES: | Confer with local counsel re FRCP waiver of service issues, draft and revise correspondence, confer with opposing counsel and client re extension of time to answer complaint; confer with e-discovery team.  (2.20 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1418883** | **2013.05.13** | 24,624.45 | 225.33 | 24,849.78 |

| SUMMARY OF ACTIVITIES: | Draft and revise complaint, corporate disclosure and pleading documents, confer with team and client re same; review correspondence and background materials; draft and revise demand letter in response to Deutsche Solar rejection of shortfall notice and refusal to pay invoice; finalize and file complaint; draft, review, and file motion to file exhibits to complaint under seal; confer with team and client re initiation of litigation, coordinate with e-discovery teams; review document retention and data collection policies and notices, prepare for collection of domestic and international data; confer re data privacy issues with discovery team; initiate data and document collection with client.  (43.90 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1421889** | **2013.06.06** | 418.50 | 0.00 | 418.50 |

| SUMMARY OF ACTIVITIES: | Confer with opposing counsel re time to answer complaint, review stipulation; confer with client re Deutsche Solar-related trade issues.  (0.60 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1434069** | **2013.08.13** | 31,969.80 | 1,078.16 | 33,047.96 |

| SUMMARY OF ACTIVITIES: | Review and analyze Deutsche Solar Answer and Affirmative Defenses, confer with team regarding discovery and case scheduling; confer with team and opposing counsel re pretrial disclosures and Rule 26 conference; review and calculate amounts due under supply agreements; review Court orders re case management and dispute resolution, review ADR requirements; prepare Rule 26 report; confer with client, prepare initial disclosures; review and summarize initial document productions; conduct case law research on alleged affirmative defenses and law applicable to termination of contract and exercise of rights, amounts owed and interest calculations; draft and revise memoranda of law re case-specific issues; review case files and correspondence, draft and revise chronology.  (51.20 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1437117** | **2013.09.24** | 18,058.95 | 1,659.40 | 19,718.35 |

| SUMMARY OF ACTIVITIES: | Draft and revise notice of termination of contract, review contracts and research applicable law; consider calculation of damages owed by Deutsche Solar for Rule 26 disclosures; confer with client and team re contract termination; edit and revise correspondence and Rule 26 disclosures; prepare, serve, and file initial disclosures.  (29.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1439194** | **2013.09.26** | 5,672.25 | 6.33 | 5,678.58 |
| SUMMARY OF ACTIVITIES: | | Draft and revise requests for the production of documents, confer with team re same; review supply agreements and documents concerning Deutsche Solar and SolarWorld corporate parent. (9.10 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1440333** | **2013.10.08** | 77,380.21 | 992.18 | 78,372.39 |
| SUMMARY OF ACTIVITIES: | | Review case management order, confer with team re status and strategy; update client on status of litigation; Confer with German Orrick team re research into publicly available Deutsche Solar corporate documents and EU law issues; confer with US and EU antitrust counsel; research and draft memoranda re Deutsche Solar corporate and antitrust issues; legal research on US, EU and German law; review SolarWorld public statements regarding litigation, liability and trade enforcement actions. (166.10 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1444507** | **2013.11.13** | 52,204.50 | 87.04 | 52,291.54 |
| SUMMARY OF ACTIVITIES: | | Research, draft and revise memoranda of law concerning EU competition law and liability issues, confer with German and EU antitrust counsel; draft and revise discovery requests, review pleadings; draft and revise memorandum to client re Deutsche Solar defenses; confer with team re discovery strategy. (97.10 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1451771** | **2013.12.12** | 28,979.55 | 1,943.38 | 30,922.93 |

| SUMMARY OF ACTIVITIES: | Review Deutsche Solar interrogatories and document demands to Hemlock; draft and revise interrogatories; conference with client re e-discovery and collection of documents for production, confer with e-discovery team, draft document collection protocol and memoranda; review document requests and formulate search terms for electronic discovery; identify document custodians, meet and confer with opposing counsel re discovery issues and scheduling; draft and revise objections and responses to document requests and interrogatories; coordinate collection of hard copy and electronic documents from client for production, confer with e-discovery vendors and team; meet and confer with opposing counsel on search terms and e-discovery protocol; negotiate with and engage discovery vendors; conference with and direction to document review team leads re upcoming document review.  (75.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1457433** | **2014.01.15** | 43,401.15 | 74.70 | 43,475.85 |

| SUMMARY OF ACTIVITIES: | Prepare responses to Deutsche Solar interrogatories and document requests; coordinate collection of client data and setup of document repository databases; correspondence and conference with opposing counsel re search terms and extensions of time to respond to written discovery, and various discovery issues; draft and revise stipulated confidentiality and protective order, meet and confer with opposing counsel and negotiation re same; draft and revise interrogatories to Deutsche Solar; draft document review protocol and background memorandum for document review team; initiate contact with potential expert witnesses and review potential candidate CVs; finalize and serve discovery responses; conduct factual and legal research re Deutsche Solar and corporate parent, research re affirmative defenses; process and prepare client documents for review and production; prepare privilege log guidelines; review Deutsche Solar responses and objections to Hemlock written discovery (104.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1462008** | **2014.02.20** | 73,842.75 | 5,142.72 | 78,985.47 |

| SUMMARY OF ACTIVITIES: | Conduct expert witness search, review and interview potential candidates; review correspondence from opposing counsel, meet and confer on electronic discovery and confidentiality order; confer with team, client, and opposing counsel on case schedule and proposed amendments; meet and confer with Deutsche Solar on discovery issues; coordinate initiation of document review processes, confer with review teams; draft and revise document review memorandum, process searches on electronic documents, review and confirm results, conduct quality control checks; discuss responsiveness and privilege issues with document review teams; conduct review of documents for production; confer and negotiate case scheduling issues with opposing counsel; finalize and file confidentiality order, confer with court; review and respond to document review team escalations on responsiveness/privilege; confer with opposing counsel on correspondence to court.  (528.90 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1466095** | **2014.03.19** | 71,207.55 | 8,867.21 | 80,074.76 |

| SUMMARY OF ACTIVITIES: | Conduct review of documents for production, quality control checks on document coding processes, review and respond to document review team escalation on responsiveness/privilege; confer with potential expert witnesses; meet and confer with opposing counsel on case scheduling, draft and revise joint letter to court setting forth respective proposals; review amended case management order; confer with team re discovery and review status and potential motion practice; research law on motion to strike; confer with German counsel re EU claims; identify potential expert witnesses and draft summary memorandum for client. (741.90 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1471055** | **2014.04.21** | 68,278.05 | 5,648.21 | 73,926.26 |

| SUMMARY OF ACTIVITIES: | Conduct review of documents for production, quality control checks on document coding processes, review and respond to document review team escalation on responsiveness/privilege; research contract issues; confer with expert consultant; confer with team re expert schedule and initial/rebuttal reports, review case management order and rules governing expert reports; research law for motion to strike affirmative defenses; collect materials for analysis by expert consultant, confer with team and expert; draft deposition notices; review interrogatory responses, correspondence with opposing counsel re discovery and interrogatory responses, research German and EU law cited by Deutsche Solar in discovery objections, applicability in US litigation; review and redact documents for production; conference with client and expert re expert analysis and investigation.  (332.90 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1475316** | **2014.05.15** | 80,878.50 | 11,818.03 | 92,696.53 |

| SUMMARY OF ACTIVITIES: | Review correspondence from Deutsche Solar re privilege dispute, documents withheld from production, research law and confer with team re same, draft correspondence to opposing counsel demanding production; confer with German counsel re privilege and antitrust issues; review and prepare documents for production, conduct quality control and privilege checks; confer with expert witnesses, prepare materials for expert review, conduct meeting with expert consultants and client; multiple conferences with team, expert consultants, and client re expert analyses; research law; review and summarize document productions.  (136.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1477305** | **2014.06.13** | 126,534.60 | 64,832.45 | 191,367.05 |

| SUMMARY OF ACTIVITIES: | Communications with expert consultant and expert witness, confer with team and client re analyses, prepare documents for expert review and analysis; review and prepare documents for document production, conduct quality control and privilege checks; correspondence with opposing counsel re discovery issues; import Deutsche Solar document production and prepare for review; confer with team and experts re damages issues, conduct legal research; draft and revise chronology; review Deutsche Solar document production; draft motion to compel; review and comment on draft expert report; initiate preparation of witness kits; review Deutsche Solar documents, draft chronology and witness kits.  (272.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1485614** | **2014.08.08** | 196,503.30 | 235,066.67 | 431,569.97 |

| SUMMARY OF ACTIVITIES: | Review documents in production database, prepare documents for production, review and redact information from production documents; confer with opposing counsel re depositions; confer with expert witnesses, team, and client; review documents for deposition preparation and prepare witness kits, deposition outlines, and chronologies for all Deutsche Solar witnesses;  confer with team re expert witness disclosures, review draft expert reports; confer with opposing counsel re case schedule; draft and revise expert disclosures; research law; meet and confer with opposing counsel on privilege and production issues; attention to foreign language document translation, review and summarize supplemental productions; confer with opposing counsel on discovery schedule and proposal to court, draft and revise correspondence and proposals; interview Hemlock witnesses identified for deposition; confer with German counsel re deposition arrangements, Hague Convention issues, availability of voluntary depositions in Germany, research law re same; draft and revise written discovery re affirmative defenses.  (384.00 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1485619** | **2014.08.08** | 165,964.05 | 46,328.71 | 212,292.76 |

| SUMMARY OF ACTIVITIES: | Draft and revise deposition outlines, chronologies, and witness kits for Deutsche Solar witnesses, prepare for upcoming depositions in London; review and analyze document productions; review and prepare documents for production to Deutsche Solar; conduct privilege review of production documents, update privilege coding and identify documents for production; review and comment on expert reports, review final consulting expert report; review documents and prepare defensive deposition outlines and materials for depositions of Hemlock witnesses; review and analyze written discovery requests from Deutsche Solar, confer with team and prepare responses; confer with opposing counsel and Orrick London team re scheduling and arrangements for depositions; confer with expert witnesses, review and comment on draft reports; prepare G. Homan for deposition, defend deposition of Homan; prepare Rinaldi for deposition, defend deposition of Rinaldi; research law re affirmative defenses; deposition preparation of J. Stutelberg; revise and serve amended deposition notices of Deutsche Solar witnesses.  (381.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1493499** | **2014.09.22** | 349,159.50 | 27,543.12 | 376,702.62 |

| SUMMARY OF ACTIVITIES: | Draft and revise deposition outlines, chronologies, and witness kits for Deutsche Solar witnesses, prepare for upcoming depositions in London; review and analyze document productions; review and prepare documents for production to Deutsche Solar; conduct privilege review of production documents, update privilege coding and identify documents for production; draft subpoenas and document requests for G. Brinser deposition; confer with expert witnesses re expert report status, confer with client and expert teams re data and analysis; coordinate depositions of Deutsche Solar witnesses in London, arrange translation of foreign language documents, confer with opposing counsel re need for legal translators and conduct of depositions in German language, confer with German counsel; prepare for and take depositions of Deutsche Solar witnesses in London (Asbeck, Woditsch, Menzel, Behrendt), review transcripts and exhibits, confer with team re offensive depositions; prepare and revise witness kits, chronologies and witness preparation materials for defensive depositions of Stutelberg, Broemser, and Tometich, prepare witnesses and defend depositions; draft and revise responses and objection to discovery requests for production; draft and revise letter to court re discovery schedule; research issues of law arising from depositions.  (593.80 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1496791** | **2014.10.14** | 126,424.80 | 84,833.65 | 211,258.45 |

| SUMMARY OF ACTIVITIES: | Prepare, review and analyze documents introduced as deposition exhibits; research law re affirmative defenses; review and analyze Deutsche Solar responses to written discovery; confer with expert witness, attention to finalizing expert report; meet and confer with opposing counsel re discovery issues; review documents, draft and prepare privilege log; confer with team re motion to strike defenses, research law re same, draft and revise outline for motion; review deposition transcripts and draft errata; review and prepare privilege downgrades for production, prepare redaction copies, finalize privilege log; prepare for and attend discovery conference with court; prepare for deposition of G. Brinser.  (333.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1503375** | **2014.11.20** | 173,211.75 | 46,433.15 | 219,644.90 |
| SUMMARY OF ACTIVITIES: | | Review Deutsche Solar motion to compel, confer with team re opposition to motion, research and outline opposition to motion to compel; research, outline and draft motion to strike affirmative defenses; meet and confer with opposing counsel re document disputes and depositions; draft and revise deposition errata; draft, revise and edit opposition to motion to compel and motion to strike affirmative defenses, prepare final filing copies, coordinate service, draft and revise motions to seal; draft and revise deposition outline, identify documents, prepare for and conduct deposition of G. Brinser; research FOIA law and procedures for obtaining documents from US Department of Commerce, draft and revise FOIA requests, submit FOIA requests to Commerce; review dockets and pleadings in SolarWorld trade actions. (228.40 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1505467** | **2014.12.05** | 18,915.30 | 33,291.03 | 52,206.33 |
| SUMMARY OF ACTIVITIES: | | Review responses from Commerce Department docketing FOIA requests, follow up with Commerce FOIA liaison re SolarWorld requests; review orders on motions to seal and prepare filing copies of exhibits for motion to strike and opposition to motion to compel; review reply brief on Deutsche Solar motion to compel, draft correspondence to counsel re misstatements; confer with court re argument scheduling; review and analyze Deutsche Solar opposition to motion to strike, confer with team, review and analyze case law.  (32.20 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1515053** | **2015.02.11** | 29,293.65 | 6,702.86 | 35,996.51 |
| SUMMARY OF ACTIVITIES: | | Research, outline, draft and revise reply brief on motion to strike Deutsche Solar affirmative defenses, confer with team and client re same, prepare filing copies of reply brief and complete filing; confer with German counsel on EU law issues. (49.30 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1524310** | **2015.05.14** | 12,266.13 | 49,825.09 | 62,091.22 |
| SUMMARY OF ACTIVITIES: | | Review briefing and exhibits on motion to compel discovery and motion to strike, prepare for hearing/argument.  (20.60 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| 1527846 | 2015.05.14 | 18,889.87 | 0.00 | 18,889.87 |

| SUMMARY OF ACTIVITIES: | Confer with opposing counsel re scheduling issues, draft and revise correspondence to court re case schedule; review Deutsche Solar request to amend complaint, review original pleadings, meet and confer re purported amendment; review and analyze Deutsche Solar motion for leave to amend, confer with team and client; research, outline, and draft opposition to motion for leave to amend.  (30.10 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| 1530670 | 2015.05.14 | 58,569.70 | 0.00 | 58,569.70 |

| SUMMARY OF ACTIVITIES: | Research, draft, and revise opposition to Deutsche Solar motion for leave to amend to include additional counterclaims; conference with team and client re same, review case law, documents, and deposition testimony, prepare filing copies of opposition to motion to amend and complete filing; correspondence and contact with Department of Commerce re FOIA request; review and analyze Deutsche Solar reply on motion for leave to amend; confer with team and opposing counsel re Kyocera subpoena on Deutsche Solar re case related materials.  (88.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| 1530671 | 2015.05.14 | 9,742.69 | 0.00 | 9,742.69 |

| SUMMARY OF ACTIVITIES: | Confer with opposing counsel re Kyocera subpoena, meet and confer, research and draft motion for protective order; review decisions in related actions, prepare submission of supplemental authority to court in support of motion to strike and opposition to motion to compel.  (16.20 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| 1542315 | 2015.07.23 | 17,812.81 | 64.20 | 17,877.01 |

| SUMMARY OF ACTIVITIES: | Draft and revise submission to court re supplemental authority; review court decision on motion to strike and motion to compel; review documents in production database, search for responsive documents to confirm production, identify additional documents for potential production; review Deutsche Solar motion for reconsideration of court's ruling on motion to strike, confer with team and client, draft preliminary outline of response to motion.  (27.90) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1542660** | **2015.07.29** | 45,194.38 | 275.78 | 45,470.16 |
| SUMMARY OF ACTIVITIES: | | Research and outline brief in response to Deutsche Solar motion for reconsideration of court's ruling on motion to strike, draft and revise brief, draft and revise affidavits in support, prepare filing copies of opposition, complete filing; review reply brief on motion for reconsideration, confer with team and client.  (77.90 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1551727** | **2015.09.21** | 6,376.24 | 0.00 | 6,376.24 |
| SUMMARY OF ACTIVITIES: | | Confer with opposing counsel, attention to ADR issues.  (8.70 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1551733** | **2015.09.21** | 369.75 | 1,759.95 | 2,129.70 |
| SUMMARY OF ACTIVITIES: | | Draft correspondence to opposing counsel re discovery issues and protective order notice.  (0.50 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1556545** | **2015.10.16** | 30,326.91 | 16,509.90 | 46,836.81 |
| SUMMARY OF ACTIVITIES: | | Review Deutsche Solar/Kyocera consolidation motion/joinder to motion, confer with team; attention to ADR issues.  (45.00) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1562194** | **2015.10.18** | 8,706.54 | 0.00 | 8,706.54 |
| SUMMARY OF ACTIVITIES: | | Attention to ADR issues; review and analyze court's order denying Deutsche Solar's motion for reconsideration; confer with team re status and strategy.  (13.00 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1576687** | **2016.02.23** | 25,635.47 | 16.99 | 25,652.46 |
| SUMMARY OF ACTIVITIES: | | Conference with team re supplemental document production, coordinate with document review team, review documents for privilege, responsiveness, and confidentiality, conduct quality control and prepare documents for production; meet and confer with opposing counsel re scheduling, draft letter to court.  (165.90 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1576711** | **2016.02.23** | 4,484.43 | 5,759.29 | 10,243.72 |
| SUMMARY OF ACTIVITIES: | | Conference with team re summary judgment preparation, identify and prepare documents for use in dispositive motions. (9.50 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1576733** | **2016.02.23** | 31,182.14 | 1,710.03 | 32,892.17 |
| SUMMARY OF ACTIVITIES: | | Prepare for summary judgment briefing, confer with team; follow up with Department of Commerce FOIA liaison re FOIA requests and status; review Deutsche Solar expert report and supporting materials; review pleadings, discovery, deposition transcripts, exhibits and production documents, draft and revise outline for summary judgment. (51.40 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1581565** | **2016.03.21** | 131,929.95 | 13,810.60 | 145,740.55 |
| SUMMARY OF ACTIVITIES: | | Prepare for expert depositions; review record, discovery, and pleadings, draft, edit, and revise outline of summary judgment brief, research law; confer with expert witness, prepare witness for deposition; confer with opposing counsel re expert deposition scheduling; notice Deutsche Solar expert for deposition, review reliance materials; research, draft, revise and edit brief on motion for summary judgment; prepare for and take deposition of Deutsche Solar testifying expert, review transcript, memo to team; follow up with Commerce re FOIA requests. (203.40 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1586730** | **2016.04.20** | 215,198.13 | 4,922.74 | 220,120.87 |
| SUMMARY OF ACTIVITIES: | | Conduct legal research and review factual record, deposition exhibits and document productions, review and revise draft motion for summary judgment, confer with team re same; prepare for and attend settlement conference with court; finalize summary judgment motion and supporting materials, prepare filing copies, file motion for summary judgment; draft motion to seal exhibits, prepare exhibits for filing; prepare for and defend expert deposition of J. Finnerty; research law in anticipation of issues on summary judgment reply. (306.60 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1593823** | **2016.06.08** | 165,424.09 | 3,254.83 | 168,678.92 |

| SUMMARY OF ACTIVITIES: | Research law for reply in support of summary judgment; review expert deposition transcript and prepare errata; confer with Deutsche Solar counsel re request for additional page limits on opposition brief on summary judgment; review and analyze Deutsche Solar opposition to summary judgment motion, review cited documents, testimony, and case law; outline and draft reply brief in further support of motion for summary judgment; confer with International Trade Commission re FOIA requests; draft and revise motion to seal exhibits on summary judgment reply; review and analyze Kyocera motion for leave to file amicus brief on motion for summary judgment; research law, outline, draft and revise opposition brief to Kyocera motion to file amicus brief. (252.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1593834** | **2016.06.08** | 7,897.89 | 2,790.03 | 10,687.92 |

| SUMMARY OF ACTIVITIES: | Confer with Department of Commerce re FOIA request;, confer with team; prepare materials for summary judgment oral argument and prepare for argument.  (11.70 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1601076** | **2016.07.18** | 39,013.09 | 35,176.95 | 74,190.04 |

| SUMMARY OF ACTIVITIES: | Review press coverage re SolarWorld and litigation issues; prepare for oral argument on summary judgment motion, review pleadings, briefing, and exhibits; draft response to Deutsche Solar request for reinstatement of oral argument after court cancellation, review court orders; research with German team re SolarWorld group companies; review and analyze Deutsche Solar sur-reply on summary judgment. (72.90 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1604312** | **2016.08.08** | 110,840.35 | 21,297.18 | 132,137.53 |
| SUMMARY OF ACTIVITIES: | | Review and analyze opinion and order granting motion for summary judgment; confer with German counsel, research law and draft memoranda, review same and discuss with team; draft and revise proposed judgment; confer with team re corporate name changes of parties to case, research law regarding substitution or amendment of case caption, confer with team; research and draft motion to amend caption, prepare stipulation for execution by opposing counsel, attention to filing stipulation to amend; attention to filing proposed judgment; review final judgment issued by court, confer with team; research law re attorney fee application, review documents in preparation for fee application. (218.60 hours) | | |
| **TOTAL (5,904 hours)** | | **2,789,853.97** | **739,845.84** | **3,529,699.81** |

| LOCAL COUNSEL (MILLER CANFIELD) | | | | |
|---|---|---|---|---|
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1204495** | **2013.05.03** | 15,350.50 | 539.89 | 15,845.39 |
| SUMMARY OF ACTIVITIES: | | Prepare complaint and motion to seal filings, corporate disclosure statements, review complaint and exhibits, research requirement for service of process in Germany pursuant to Hague Convention, confer with vendors, translators, and German counsel, draft and revise appropriate requests for service of complaint via German Central Authority; confer with Orrick and opposing counsel re request for waiver of service, confer with opposing counsel re requests for extension of time to plead, advise on discovery issues, confer with team and client.  (33.40 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1214602** | **2013.06.11** | 4,086.00 | 0.00 | 4,086.00 |
| SUMMARY OF ACTIVITIES: | | Confer with opposing counsel re scheduling and extension of time to plead, attention to appearance of counsel, draft correspondence to client; attention to service of process, correspondence re service, confer with German counsel re translations and receipt of certificate of service, prepare materials re service for filing.  (8.40 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1215690** | **2013.08.07** | 886.50 | 0.00 | 886.50 |
| SUMMARY OF ACTIVITIES: | | Confer with team re initial disclosures, review draft; review Deutsche Solar initial disclosures, attention to filing issues.  (2.10 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1220465** | **2013.09.25** | 0.00 | 15,029.44 | 15,029.44 |
| SUMMARY OF ACTIVITIES: | | N/A.  Disbursements for German counsel. | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1225409** | **2013.11.01** | 173.00 | 0.00 | 173.00 |
| SUMMARY OF ACTIVITIES: | | Attention to appearances of counsel, review first set of requests for the production of documents.  (0.40 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1234528** | **2014.01.16** | 724.50 | 0.00 | 724.50 |
| SUMMARY OF ACTIVITIES: | | Attention to expert disclosure deadlines, proposed scheduling order, review requests for production and correspondence re same.  (1.70 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1236142** | **2014.02.05** | 1,106.50 | 0.00 | 1,106.50 |
| SUMMARY OF ACTIVITIES: | | Review scheduling order re case evaluation, confer with team and opposing counsel re extensions of case schedule, review draft protective order, confer with court clerk, attention to pro hac vice admission information update per local rules.  (3.10 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1239258** | **2014.03.14** | 690.00 | 0.00 | 690.00 |
| SUMMARY OF ACTIVITIES: | | Confer with opposing counsel re letter to court seeking extension of scheduling order; coordinate entry of protective order, confer with clerk re same; attention to appearances.  (2.00 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1242269** | **2014.04.02** | 990.00 | 0.00 | 990.00 |
| SUMMARY OF ACTIVITIES: | | Review discovery and correspondence.  (1.80 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1251703** | **2014.07.09** | 2,157.50 | 17.89 | 2,175.39 |
| SUMMARY OF ACTIVITIES: | | Review dates of scheduling proposals, confer with team re same, review prior correspondence with courts and orders, review correspondence from opposing counsel re expert discovery scheduling and rebuttal witnesses; confer with court re joint scheduling submissions; review correspondence re Hemlock litigation and Deutsche Solar response. (5.60 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1253518** | **2014.08.04** | 847.50 | 17.89 | 865.39 |
| SUMMARY OF ACTIVITIES: | | Attention to deposition of former Hemlock employees, witness subpoenas; review second set of discovery requests from Deutsche Solar; research and confer with team re appointment of Magistrate Judge; attention to deposition notices.  (2.10 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1257080** | **2014.09.09** | 2,068.00 | 69.05 | 2,137.05 |
| SUMMARY OF ACTIVITIES: | | Attention to depositions of Homan and Rinaldi; review order from court on scheduling, review and respond to correspondence re same; research document authentication issues; notices of deposition, confer with counsel re extension of dates; production of deposition preparation binders; confer with team and court re settlement conference; confer with team re deposition exhibits.  (5.40 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1259510** | **2014.10.02** | 4,377.00 | 1,670.61 | 6,047.61 |
| SUMMARY OF ACTIVITIES: | | Correspondence with court; prepare stipulation re scheduling and amendment of scheduling order, confer with opposing counsel and team re same; review expert report; correspondence from opposing counsel re status conference, prepare for and attend status conference call with court, confer with team and opposing counsel re briefing schedule, review draft stipulation and related correspondence.  (9.30 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1262951** | **2014.11.04** | 6,791.00 | 0.00 | 6,791.00 |
| SUMMARY OF ACTIVITIES: | | Review court orders and correspondence, attention to briefing schedule, correspondence with counsel and court re same; coordinate filing of exhibits, review motion to compel discovery; review motion to strike affirmative defenses and exhibits, coordinate filings, address sealing issues, confer with team and opposing counsel re same.  (16.00 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1266000** | **2014.12.03** | 5,805.00 | 83.79 | 5,888.79 |
| SUMMARY OF ACTIVITIES: | | Review brief in opposition to motion to compel, review cross motion to strike affirmative defenses, confer with team re same, attention to motions to seal exhibits, coordinate filings; review reply brief on motion to compel, confer with opposing counsel re filing exhibits under seal, review motion to seal; review court order, confer with team re oral argument. (11.30 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1268791** | **2015.01.12** | 2,303.50 | 17.43 | 2,320.93 |
| SUMMARY OF ACTIVITIES: | | Review correspondence, review response to motion to strike affirmative defenses and case law, attention to notice of hearing, review correspondence.  (4.30 hours) | | |
| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
| **1271341** | **2015.02.10** | 3,873.50 | 0.00 | 3,873.50 |
| SUMMARY OF ACTIVITIES: | | Review correspondence re discovery, attention to status of scheduling order and pretrial disclosures, confer with team and opposing counsel re same; review order cancelling hearing, confer with team re same; review discovery requests and objections. (7.30 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1274368** | **2015.03.11** | 1,589.50 | 19.42 | 1,608.92 |

| SUMMARY OF ACTIVITIES: | Confer with counsel re cancellation of hearing and decision of motion on papers; confer with team and opposing counsel re scheduling issues and outreach to court, correspondence with court re scheduling order; review motion for leave to file amended answer and exhibits, proposed order, research law. (3.50 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1277498** | **2015.04.13** | 2,341.50 | 45.00 | 2,386.50 |

| SUMMARY OF ACTIVITIES: | Review correspondence re opposition to motion to amend; review local rules and procedures, review and respond to correspondence re briefing on pending motions; review and attention to filing opposition to motion to amend; correspondence with team and opposing counsel re extension of time to reply, review reply brief; correspondence with court. (5.40 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1280263** | **2015.05.12** | 2,012.50 | 0.00 | 2,012.50 |

| SUMMARY OF ACTIVITIES: | Review correspondence re subpoena to Deutsche Solar, research re motion to quash/protective order, confer with team; correspondence re discovery and document production. (5.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---------|------|------|---------------|--------------|
| **1282534** | **2015.06.08** | 2,090.50 | 19.28 | 2,109.78 |

| SUMMARY OF ACTIVITIES: | Attention to procedure for submission of supplemental authority, review opinion and correspondence, review supplemental brief and exhibits; review court decisions on motions to compel and strike; review defendant's motion for reconsideration, review court order on supplemental briefing, confer with team re same. (5.30 hours) |
|---|---|

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **1285634** | **2015.07.10** | 4,739.50 | 19.35 | 4,758.85 |
| SUMMARY OF ACTIVITIES: | | Review draft response to motion for reconsideration, attention to filing response and sealed exhibits/affidavits; correspondence re motion to seal, review order on sealing; review reply materials on motion for reconsideration, confer with team. (10.10 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **1288439** | **2015.08.10** | 221.50 | 0.00 | 221.50 |
| SUMMARY OF ACTIVITIES: | | Attention to substitution of counsel. (0.50 hours) | | |
| **TOTAL (144.3 hours)** | | **65,225.00** | **17,549.04** | **82,729.04** |

| LOCAL COUNSEL (BRAUN KENDRICK) | | | | |
|---|---|---|---|---|
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **252057** | **2015.08.07** | 220.00 | 0.00 | 220.00 |
| SUMMARY OF ACTIVITIES: | | Confer with team re substitution of counsel, file appearance. (0.80 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **253815** | **2015.10.06** | 440.00 | 0.00 | 440.00 |
| SUMMARY OF ACTIVITIES: | | Review Deutsche Solar filings, confer with team; review Kyocera counsel's filings in Deutsche Solar action. (1.60 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **255675** | **2015.12.04** | 1,210.00 | 0.00 | 1,210.00 |
| SUMMARY OF ACTIVITIES: | | Review pleadings filed by Kyocera re Deutsche Solar action, confer with team; review order denying motion for reconsideration; review court orders and correspondence with team; review proposed scheduling order, confer with team re scheduling issues; draft and file notice of appearance, review amended scheduling order. (4.40 hours) | | |
| **INVOICE** | **DATE** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **258011** | **2016.03.04** | 658.50 | 0.00 | 658.50 |
| SUMMARY OF ACTIVITIES: | | Memorandum to team re impending settlement conference, review court notice re hearing, confer with team re page limitations on summary judgment briefing, correspondence re same; confer with team re summary judgment motion. (2.40 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **258855** | **2016.04.06** | 6,325.00 | 56.50 | 6,381.50 |
| SUMMARY OF ACTIVITIES: | | Confer with team re settlement conference, prepare for and attend settlement conference with court; confer with team re summary judgment brief, review draft brief and comment re same; review revised summary judgment materials, confer re protective order issues and filing under seal; prepare materials for courtesy copy to judge on summary judgment brief, review Deutsche Solar motion to seal, correspondence re sealing and scheduling issues; coordinate filing of summary judgment materials.  (23.00 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **259621** | **2016.05.05** | 1,925.00 | 0.00 | 1,925.00 |
| SUMMARY OF ACTIVITIES: | | Review response to summary judgment motion, motion to seal; confer with team re Kyocera proposed amicus brief and motion, opposition to same; review draft motion to seal and opposition to Kyocera amicus, coordinate filing; review reply on summary judgment, confer with team re page limitations.  (7.00 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **260375** | **2016.06.06** | 632.50 | 0.00 | 632.50 |
| SUMMARY OF ACTIVITIES: | | Correspondence with team re filing of sealed exhibits and public filing, file exhibits in support of summary judgment; confer with team re reply on motion for leave to file amicus brief, review order granting motion for leave to file reply materials under seal, coordinate filing and service of judge's copies.  (2.30 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **261144** | **2016.07.07** | 522.50 | 0.00 | 522.50 |
| SUMMARY OF ACTIVITIES: | | Confer with team re oral argument on motion to dismiss, review response to Deutsche Solar submission for reconsideration of cancellation of oral argument, review court order re argument; review Deutsche Solar sur-reply on summary judgment.  (1.90 hours) | | |

| INVOICE | DATE | FEES | DISBURSEMENTS | TOTAL AMOUNT |
|---|---|---|---|---|
| **261766** | **2016.08.04** | 880.00 | 0.00 | 880.00 |
| SUMMARY OF ACTIVITIES: | | Review correspondence with team re name change and amendment of case caption; review opinion on summary judgment and confer with team re judgment issues, review stipulation to amend case caption.  (3.20 hours) | | |
| **TOTAL (46.60 hours)** | | **12,813.50** | **56.50** | **12,870.00** |

| ALL FEES | | | |
|---|---|---|---|
| **FIRM** | **FEES** | **DISBURSEMENTS** | **TOTAL AMOUNT** |
| **Orrick, Herrington & Sutcliffe LLP (5,904 hours)** | **2,789,853.97** | **739,845.84** | **3,529,699.81** |
| **Miller, Canfield, Paddock & Stone, P.L.C. (144.30 hours)** | **65,225.00** | **17,549.04** | **82,729.04** |
| **Braun Kendrick Finkbeiner P.L.C. (46.60 hours)** | **12,813.50** | **56.50** | **12,870.00** |
| **TOTAL (6,094.90 hours)** | **2,867,892.47** | **757,451.38** | **3,625,343.85** |